HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

Plaintiff,

v.

NATIONAL MAINTENANCE CONTRACTORS, LLC; NMC FRANCHISING, LLC; MARSDEN HOLDINGS, LLC; and ENCORE ONE, LLC,

Defendants.

Case No. 2:21-cv-00638-BJR

**STIPULATION FOR AND ORDER TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, on the one hand, and Defendants National Maintenance Contractors, LLC, NMC Franchising, LLC, Marsden Holdings, LLC, and Encore One, LLC ("Defendants"), on the other, that:

1. The time for Defendants to answer, move, or otherwise respond to the Complaint of Plaintiff State of Washington in the above-captioned action is hereby extended to and including June 14, 2021.

2. Good cause exists for this extension due to the complexity of the issues and Defendants National Maintenance Contractors, LLC, NMC Franchising, LLC, and Marsden Holdings, LLC's voluntary acceptance of service of the Complaint.

Dated: May 21, 2021

RESPECTFULLY SUBMITTED,

*s/Douglas C. Berry*
Douglas C. Berry, Esq., WSBA No. 12291
*s/Daniel J. Oates*
Daniel J. Oates, Esq., WSBA No. 39334
**MILLER NASH LLP**
Pier 70 – 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Tel: 206.624.8300
Fax: 206.340.9599
Email: Doug.Berry@millernash.com
       Dan.Oates@millernash.com

**LATHROP GPM LLP**
*s/Eric L. Yaffe*
Eric L. Yaffe, Esq.*
*s/Frank J. Sciremammano*
Frank J. Sciremammano, Esq.*
600 New Hampshire Ave NW
The Watergate, Suite 700
Washington, D.C. 20037
Tel.: 202.295.2200
Fax: 202.333.4186
Email: eric.yaffe@lathropgpm.com
       frank.sciremammano@lathropgpm.com
**pro hac vice* applications forthcoming
*Attorneys for Defendants*


*s/Julia K. Doyle*
Julia K. Doyle, Esq., WSBA No. 43993
*s/Patricio A. Marquez*
Patricio A. Marquez, Esq., WSBA No. 39334
Assistant Attorneys General
State of Washington
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Tel: 206.254.0564
Email: Julie.Doyle@atg.wa.gov
Patricio.Marquez@atg.wa.gov
*Attorneys for Plaintiff*

**ORDER**

**SO ORDERED.**

Dated: May 24, 2021

_____
Barbara Jacobs Rothstein
U.S. District Court Judge